# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2878

_____

Levi Edward Garrett

*Plaintiff - Appellant*

James Edward Garrett; Sandra Ann Garrett

*Plaintiffs*

v.

Ronald Stock; Kristin K. Stock

*Defendants - Appellees*

_____

No. 25-2973

_____

James Edward Garrett

*Plaintiff - Appellant*

Sandra Ann Garrett; Levi Edward Garrett

*Plaintiffs*

v.

Ronald Stock; Kristin K. Stock

*Defendants - Appellees*

_____

Appeals from United States District Court
for the District of South Dakota - Central

_____

Submitted: April 30, 2026
Filed: May 5, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

James and Levi Garrett appeal following the district court's[1] rulings denying a motion for a continuance and entering judgment in accordance with a jury verdict on the issue of damages stemming from breached real estate agreements. Following our review, we conclude that denial of the request for a continuance, which was signed only by Levi Garrett after the Garretts' attorneys withdrew, was not an abuse of discretion, see Peter Kiewit Sons', Inc. v. Wall Street Equity Group, Inc., 809 F.3d 1018, 1022 (8th Cir. 2016) (reviewing denial of postponement for abuse of discretion; finding no abuse of discretion in denial of deferment of damages hearing where no time frame was provided as to when, if ever, reason for delay would be resolved); and we decline to consider challenges to the jury trial or entry of judgment following the damages verdict that were not raised in the district court, see id. (reviewing court ordinarily does not consider argument first raised on appeal); see also Jones ex rel. Jones v. Corr. Med. Servs., Inc., 401 F.3d 950, 952 (8th Cir. 2005) (non-attorney may not engage in practice of law on behalf of others). Accordingly, the judgment of the district court is affirmed.

_____

[1]The Honorable Roberto A. Lange, Chief Judge, United States District Court for the District of South Dakota.

-2-